**John Burcz, appellant, v. Robert Peters, by his next friend, Edward Peters, appellee. Gen. No. 32,947.**

 Heard in the third division of this court for the first district at the October term, 1928. Opinion filed January 30, 1929.

La Buy & Liss, for appellant; Max C. Liss, of counsel. Harvey E. Wynekoop, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Henry Baldridge, plaintiff in error, v. Lucilius Drane and John W. Booker, defendants in error. Gen. No. 32,959.**

 Heard in the third division of this court for the first district at the October term, 1928. Opinion filed January 30, 1929.

Cavender & Milchrist, for plaintiff in error. Lyons & Sherrard, for defendants in error; Arthur A. Sherrard and Edward J. Lyons, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Robert E. Hogan, appellee, v. Joseph F. Bauer, appellant. Gen. No. 32,993.**

Heard in the third division of this court for the first district at the October term, 1928. Opinion filed January 30, 1929.

Juul & Both, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Sam W. Lew, appellee, v. John Raklios, appellant. Gen. No. 33,032.**

 Heard in the third division of this court for the first district at the October term, 1928. Opinion filed January 30, 1929. Rehearing denied February 14, 1929.

Rose & Symmes, for appellant. Julius L. Kabaker, for appellee.

Mr. Justice Wilson delivered the opinion of the court.